IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF GEORGIA, and THE STATE OF NORTH CAROLOINA *ex rel.* TERESA VALLENTINE, <br><br> Plaintiffs, <br><br> vs. <br><br> NEIL L. PRUITT, JR., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 115-044 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, counsel for Teresa Vallentine hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Respectfully submitted,

/s/ *Sam G. Nicholson*

Sam G. Nicholson
Georgia Bar # 543875
Nicholson Revell LLP
Gateway Professional Center
4137 Columbia Road
Augusta, Georgia  30907
(706) 722-8784 (tel)
(706) 339-6137 (cell)
(706) 722-6495 (fax)
sam@nicholsonrevell.com
www.nicholsonrevell.com

Travers W. Paine III
Georgia Bar # 559350
Travers W. Paine III, PC

Attorney at Law  
560 Ninth Street  
Augusta, Georgia 30901  
(706) 922-3548 (tel)  
(706) 922-3549 (fax)  
tpaine@painefirm.com  
www.painefirm.com  

Attorneys for the Plaintiff/Relator

January 19, 2017  
Augusta, South Carolina