IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA, THE
STATE OF GEORGIA, and THE
STATE OF NORTH CAROLINA ex
rel. TERESA VALLENTINE,

    Plaintiffs,

v.

NEIL L. PRUITT, JR., et al,

    Defendants.

CV 115-044

**ORDER**

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41. (Doc. 20.) Because Defendant has yet to answer the complaint or serve a motion for summary judgment, the voluntary dismissal is proper. The Court **ORDERS** the Clerk to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of February, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA